# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-8006
_____

Steven Chambers

Petitioner

v.

Stihl Incorporated USA

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:22-cv-00688-BRW)
_____

**JUDGMENT**

Petitioner's motion to dismiss the petition for permission to appeal is granted. The petition is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 25, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, August 25, 2023 4:27 PM |
| **Subject:** | 23-8006 Steven Chambers v. Stihl Incorporated USA "judgment filed granting dismiss case" (4:22-cv-00688-BRW) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 08/25/2023

| | |
|---|---|
| **Case Name:** | Steven Chambers v. Stihl Incorporated USA |
| **Case Number:** | 23-8006 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Petitioner's motion to dismiss the petition for permission to appeal [5310180-2] is granted. The petition is dismissed in accordance with Rule 42(b), Federal Rules of Appellate Procedure. Mandate shall issue forthwith. [5310476] [23-8006] (Nicole Gillis)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Kevin A. Crass: crass@fridayfirm.com, rlprine@fridayfirm.com
Mr. Brandon M. Haubert: brandon@wh.law
Justin D. Howard: jhoward@mcguirewoods.com
Mr. Jerry Kelly: jkelly@kellylawfirm.net
Mr. David F. Slade: slade@wh.law
Martha S. Stwodah: mstwodah@mcguirewoods.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment: Clerk Directed
**Original Filename:** /opt/ACECF/live/forms/NikiGillis_238006_5310476_JudgmentsClerkDirected_125.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/25/2023] [FileNumber=5310476-0]
[b4f38e7f71dec592bdb099e8aace88221521d53c2f05074a0cf17d675ce99794144c424dd02ca962219428b3b8df28bcea2
50cda1fe03cb55b1bda891d5341f7]]
**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Mr. Kevin A. Crass
- Mr. Brandon M. Haubert
- Justin D. Howard
- Mr. Jerry Kelly
- Mr. David F. Slade
- Martha S. Stwodah

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5310476
**RELIEF(S) DOCKETED:**
   dismiss case
   dismiss case voluntarily
**DOCKET PART(S) ADDED:** 7348298, 7347667, 7348299, 7348300